# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV193
## (4:98CR144)

| | |
|---|---|
| LLOYD ANTHONIE WILLIAMS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed June 21, 2006.

After review of the motion, the Court finds the United States should file response to the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the United States file answer to the petition filed herein on or before 120 days from service of this Order.

Signed: March 12, 2007

Lacy H. Thornburg
United States District Judge